IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHEILA CONROY, § | | |
| § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. | |
| VS. § | 4:09-CV-00161-RAS-DDB | |
| § | | |
| SOUTHWEST CREDIT SYSTEMS, LP, § | | |
| § | | |
| Defendant. § | | |

**JOINT RULE 26(f) SCHEDULING REPORT**

Plaintiff SHEILA CONROY and Defendant SOUTHWEST CREDIT SYSTEMS, LP hereby submit the following Joint Scheduling Report in the present matter pursuant to this Honorable Court's Order to Conduct Rule 26(f) Conference dated May 19, 2009, as follows:

1. **Summary of the factual and legal description of the case.**

Plaintiff alleges that Defendant has been making constant and continuous contact with third parties, Plaintiff's father, and further disclosing information to Plaintiff's father about existence of an alleged debt. Plaintiff alleges that Defendant has also disclosed information pertaining to the debt to Plaintiff's fiancé. In addition, Plaintiff alleges that Defendant has falsely represented itself to be a law firm or housing attorneys and that Defendant's actions are in violation of the Fair Debt Collection Practices Act ("FDCPA"). Plaintiff seeks damages pursuant to the FDCPA, 15 U.S.C. 1692, et seq. Plaintiff also seeks her reasonable attorneys' fees and costs of suit as per the FDCPA.

Defendant denies each and every one of Plaintiff's allegations. Defendant specifically denies that it contacted any third parties, including Plaintiff's father and/or fiancé, concerning the debt at issue. Further, Defendant specifically denies that it represented itself to be a law firm or that it

housed internal attorneys as part of its business operations. Defendant also specifically denies that it violated any provision of the FDCPA. Finally, Defendant specifically denies that it caused Plaintiff injury in anyway.

2. **Date of Rule 26(f) Conference and persons who participated.**

The Rule 26(f) was held via phone and written communications on June 10 and June 11, 2009, and was conducted by Brian M. Stork, Esq. for the Defendant, and Nicholas J. Bontrager, Esq., for the Plaintiff.

3. **Related cases.**

The present matter is not related to any case currently filed in any other state or federal court.

4. **Discovery plan.**

(a) Additional parties to be joined by August 28, 2009.

(b) Amended pleadings to be filed by September 25, 2009.

(c) All dispositive motions to be filed by January 8, 2010.

(d) Expert disclosures to be disclosed by September 25, 2009.

(e) Challenges or objections to experts to be filed by October 30, 2009.

(f) Pretrial disclosures to be disclosed by February 1, 2010.

(g) All discovery to be completed by December 4, 2009.

5. **Pretrial Conference date.**

The parties propose a February 1, 2010 pretrial conference, should the Court deem a pretrial conference necessary.

6. **Expected Length of Trial.**

The parties believe the present matter will require one (1) to two (2) trial days.

7. **Trial before a magistrate.**

The parties consent to try the matter before a magistrate judge.

8. **Jury Demand.**

Plaintiff made a timely jury demand in her Verified Complaint.

9. **Scheduling Conference.**

The parties do not request a scheduling conference with the court at this time.

Respectfully submitted,

**KROHN & MOSS, LTD.**


By:   s/ Dave Lilley
      Dave Lilley
      State Bar No. 24035064

10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025
Telephone:   (323) 988-2400
Facsimile:   (866) 802-0021

**ATTORNEYS FOR PLAINTIFF SHEILA CONROY**

KANE RUSSELL COLEMAN & LOGAN PC

By: /s/ Michael A. Logan
  Michael A. Logan
  State Bar No. 12497500
  Brian M. Stork
  State Bar No. 24056386

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone:   (214) 777-4200
Facsimile:   (214) 777-4299

**ATTORNEYS FOR DEFENDANT
SOUTHWEST CREDIT SYSTEMS, L.P.**